UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIJAH LEE MILLER,

    Plaintiff,

    v.

J. THOMAS, et al.,

    Defendants.

No. 2:21-cv-02001 DB P

ORDER

Plaintiff, a state prisoner, brings this pro se civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this matter on October 29, 2021. (ECF No. 1.) Pending before the court is plaintiff's motion to proceed in forma pauperis. (ECF No. 2.)

In order to commence an action, a plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and must either pay both the $350.00 filing fee and the $52.00 administrative fee for a civil action, or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor," by a person who is "unable to pay such fee or give security therefor." 28 U.S.C. § 1915(a).

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the $350.00 filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

1  Here, plaintiff has not made the showing of indigency required by 28 U.S.C. § 1915(a).
2  Specifically, a review of Plaintiff's prison trust account statement reflects that, as of October 22,
3  2021, plaintiff had $2,000.60 in available funds, which is an amount sufficient to pre-pay the
4  filing fees for this action. (ECF No. 5 at 1.)

5  Plaintiff was able to pay the filing fee and costs at the time of filing this action. Thus,
6  plaintiff has made an inadequate showing of indigency. See Olivares v. Marshall, 59 F.3d 109,
7  112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).
8  Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the
9  Clerk of the Court. Plaintiff is cautioned that failure to pay the fee will result in a
10 recommendation that the application to proceed in forma pauperis be denied and the instant action
11 be dismissed without prejudice.

12  Accordingly, IT IS HEREBY ORDERED that, within twenty (20) days from the date of
13 this order, plaintiff shall submit the appropriate filing fee.

14 Dated: February 11, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

mill2001.3b