UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. THOMAS, et al.,<br><br>    Defendants. | No.  2:21-cv-02001-TLN-DB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 20 days.  (ECF No. 10.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED:

1. The Findings and Recommendations filed March 28, 2022, (ECF No. 10) are adopted in full; and

1

    2. Plaintiff's Application to Proceed in Forma Pauperis (ECF No. 2) is DENIED and this action is DISMISSED without prejudice to refiling upon pre-payment of the filing fee or an adequate showing of indigency under 28 U.S.C. § 1915(a); and

    3. The Clerk of the Court is directed to close this case.

**DATE:  June 15, 2022**

                                  Troy L. Nunley
                                  United States District Judge